COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-343-CV

IN RE MONTREAL-D: FERRELL RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of habeas corpus is denied.

PER CURIAM

PANEL B: LIVINGSTON, DAUPHINOT, and WALKER, JJ.

DELIVERED: October 5, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.